**Electronically Filed
Supreme Court
SCPW-26-0000028
22-JUN-2026
10:33 AM
Dkt. 12 ODDP**

SCPW-26-0000028

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF COLLEEN LASHAM

_____

ORIGINAL PROCEEDING
(CAAP-25-0000800; CASE NO. 3CCV-24-0000100)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy)

Upon consideration of the petition for writ of prohibition filed January 13, 2026, and the record, the underlying foreclosure case has been dismissed without prejudice.

It is ordered that the petition is denied as moot.

DATED:  Honolulu, Hawaiʻi, June 22, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jeannette H. Castagnetti

